UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

…………………………………………….
:
UNITED STATES OF AMERICA :
: CRIM. NO.: 3:16-cr-00228 (AWT)
VS. :
:
RUPERT DE LAS CASAS : MARCH 12, 2018
:
…………………………………………….

# MOTION TO CONTINUE JURY SELECTION

Now comes the Defendant, RUPERT DE LAS CASAS, through his counsel to move the court to continue jury selection to July, 2018. In support of his motion, the Defendant states the following:

1. Undersigned counsel and the AUSA continue to negotiate a plea agreement for offenses alleged to have taken place in this District.

2. The Defendant's conduct allegedly involves other federal court jurisdictions.

3. Defendant's counsel would like to put together a plea agreement that will avoid exposure to criminal exposure in other federal jurisdictions.

4. AUSA Rahul Kale has been contacted and has no objection to this request.

5. A Speedy Trial Waiver will be filed by March 16, 2018.

6. This is the Defendant's written first motion to continue jury selection filed in this matter.

WHEREFORE, the Defendant prays that his motion be granted and that jury selection be continued to July 2018.

        RESPECTFULLY SUBMITTED
        THE DEFENDANT, RUPERT DE LAS CASAS

By   /s/ John M. Andreini
       John M. Andreini
       363 Main Street
       Second Floor
       Hartford, CT 06106
       Fed #ct01921
       TEL:   (860) 525-9447
       FAX:   (860) 249-6638
       EMAIL: andreini71@aol.com

## CERTIFICATION

I hereby certify that on March 12, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM / ECF System.


/s/ John M. Andreini
John M. Andreini