UNITED STATES OF AMERICA

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | CRIM. NO.: 3:16-cr-00228 (AWT) |
| RUPERT DE LAS CASAS : | JUNE 13, 2018 |

## MOTION TO CONTINUE JURY SELECTION

Now comes the Defendant, RUPERT DE LAS CASAS, through his counsel to move the court to continue jury selection to September, 2018. In support of his motion, the Defendant states the following:

1. Undersigned counsel and the AUSA continue to negotiate a plea agreement for offenses alleged to have taken place in this District.

2. The Defendant's conduct allegedly involves other federal court jurisdictions.

3. Defendant's counsel would like to put together a plea agreement that will avoid exposure to criminal exposure in other federal jurisdictions.

4. AUSA Rahul Kale has been contacted and has no objection to this request.

5. This is the Defendant's second motion to continue jury selection filed in this matter.

WHEREFORE, the Defendant prays that his motion be granted and that jury selection be continued to September 2018.

                                  RESPECTFULLY SUBMITTED
                                  THE DEFENDANT, RUPERT DE LAS CASAS

                          By    /s/ John M. Andreini
                                  John M. Andreini
                                  363 Main Street
                                  Second Floor
                                  Hartford, CT 06106
                                  Fed #ct01921
                                  TEL:  (860) 525-9447
                                  FAX:  (860) 249-6638
                                  EMAIL: andreini71@aol.com

## CERTIFICATION

I hereby certify that on <u>June 13, 018</u> a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM / ECF System.


<u>/s/ John M. Andreini</u>
John M. Andreini