UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OCT 8 2019 AM 9:02
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| UNITED STATES | * | DOCKET NO. 16CR228(AWT) |
| v. | * | |
| RUPERT DELASCASAS | * | OCTOBER 8TH, 2019 |

NOTICE OF APPEARANCE

Undersigned counsel, J. Patten Brown, III, hereby enters his appearance as counsel of record in lieu of all other counsel of record as of this date on behalf of Mr. Delascasas in the above styled and numbered cause this 8TH day of October, 2019.

RESPECTFULLY SUBMITTED,

s/J. Patten Brown, III
J. PATTEN BROWN, III
Law Offices of Pat Brown
43 West Main Street
Avon, CT 06001

600 State Street, Suite 412
New London, CT 06320
(860) 878-4311
fax: (860) 404-2568
jpb@patbrownlaw.com
Ct Fed Bar No. ct27633
TN BPR No. 021970
La. Bar Roll No. 21503
NY Reg. No. 460891

CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance by J. Patten Brown, III was forwarded electronically via the Court's electronic filing system to all counsel of record this 8th day of OCTOBER, 2019.

                                                  S/J. Patten Brown, III
                                                  J. Patten Brown, III
                                                      Attorney at Law