UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 16CR228(AWT) |
| VS. | : | |
| RUPERT DELASCASAS | : | OCTOBER 8, 2019 |

### NOTICE OF APPEARANCE

Please enter the appearance of Attorney Ioannis A. Kaloidis, on behalf of the defendant, RUPERT DELASCASAS, in the above-captioned matter. This appearance is in addition to Attorney J. Patten Brown.

THE DEFENDANT, RUPERT DELASCASAS

By: /s/Ioannis A. Kaloidis
Ioannis A. Kaloidis, for
The Kaloidis Law Firm, LLC
580 Watertown Avenue
Waterbury, Connecticut 06708
Phone No. (203) 597.0010
Facsimile No. (203) 597.0024
Email Address: john@kaloidislaw.com
Federal Bar No. ct25510

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2019 a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

/s/Ioannis A. Kaloidis
Ioannis A. Kaloidis

1